UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

          AGAINST                    ORDER
                                     23 Cr. 585-3 (JSR)

TEIMURAZ TAVBERIDZE,

          DEFENDANT.
-------------------------------------------------------X

IT IS HEREBY ORDERED, on the application of TEIMURAZ TAVBERIDZE and his attorney RICHARD PALMA, and the findings of the Court that the Legal Department of the MDC-BROOKLYN authorize the immediate clearance of NANA ZHVANIA MEYER, a certified Georgian language interpreter, whose previous clearance to enter your institution lapsed as a result of the 2020 pandemic, to enter the Attorney Conference area with defense counsel starting Thursday, September 19, 2024 at 8 a.m. and thereafter.

__9/18/24__
DATE

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK