UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | 23-cr-585 (JSR) |
| TEIMURAZ TAVBERIDZE, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.:

The Court hereby orders that Docket Entry Number 65 be removed from the docket as inadvertently filed.

SO ORDERED.

New York, NY
October 1, 2024

_____
JED S. RAKOFF, U.S.D.J.