UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>TEIMURAZ TAVBERIDZE,<br><br>Defendant. | 23-cr-585-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Defendant Teimuraz Tavberidze has requested that the Court order the Government to either provide the names of Individual-1, Individual-2, Individual-3, and Individual-4 in its May 2, 2024 disclosure or produce the corresponding materials to the Court in camera so that the Court can determine whether disclosure is appropriate. See ECF No. 69. Tavberidze does not appear to have sufficiently established that such disclosure is appropriate. However, in an abundance of caution, the Government is hereby ordered to produce the corresponding materials, including any associated FBI-302s, to the Court in camera no later than October 14, 2024, so that the Court can determine whether disclosure of the names of Individual-1, Individual-2, Individual-3, and Individual-4 is appropriate at this stage.

    SO ORDERED.

New York, NY
10/10, 2024

                                      _____
                                      JED S. RAKOFF, U.S.D.J.