UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>TEIMURAZ TAVBERIDZE,<br><br>        Defendant. | 23-cr-585-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Before the Court is defendant Teimuraz Tavberidze's request to compel disclosure of potential Brady material. See ECF No. 69. Specifically, Tavberdize seeks disclosure of the names of Individual-1, Individual-2, Individual-3, and Individual-4 in the Government's May 2, 2024 disclosure. Out of an abundance of caution, the Court ordered the Government to produce the corresponding materials to the Court so that the Court could conduct in-camera review and determine whether disclosure of the four names was appropriate at this time. See ECF No. 74.

    The Government has since represented to the Court that it has disclosed the names of Individual-1 and Individual-4 either explicitly or on an attorneys' eyes only basis in its Giglio materials. The Government has also represented that it does not oppose disclosing the name of Individual-2. Accordingly, the Government is hereby ordered to disclose the name of Individual-2 to defense counsel by no later than October 24, 2024.

1

The Government is further ordered to provide supplemental letter briefing of no more than three pages explaining why it opposes disclosing the identity of Individual-3. That briefing should be submitted to Chambers <u>ex parte</u> by no later than October 25, 2024.

    SO ORDERED.

New York, NY
10/22, 2024

JED S. RAKOFF, U.S.D.J.