UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>TEIMURAZ TAVBERIDZE,<br><br>            Defendant. | 23-cr-585-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is defendant Teimuraz Tavberidze's motion to compel disclosure of potential Brady material. See ECF No. 69. Specifically, Tavberidze sought the disclosure of the names of Individual-1, Individual-2, Individual-3, and Individual-4 in the Government's May 2, 2024 disclosure.

Since Tavberidze filed the motion, the Government disclosed the name of Individual-1 on an attorneys'-eyes-only basis in a letter accompanying its October 21, 2024 production to Tavberidze. See ECF No. 77 at 1 n.1. The name of Individual-4 was unredacted in materials produced to defense counsel on an attorneys'-eyes-only basis on that same date. Id. The Court subsequently ordered the Government to disclose the name of Individual-2 and provide supplemental briefing on why it opposed disclosing the name of Individual-3. See ECF No. 76 at 1. For the reasons stated in the Government's supplemental briefing, the Court hereby denies Tavberidze's motion to compel disclosure of the name of Individual-3 and respectfully directs the Clerk of Court to close ECF No. 69.

SO ORDERED.

1

New York, NY
10/30, 2024

_____
JED S. RAKOFF, U.S.D.J.

2