UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>TEIMURAZ TAVBERIDZE,<br><br>Defendant. | 23-cr-585-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court hereby orders that Docket Entry Numbers 82 and 83 be removed from the docket as inadvertently filed.

SO ORDERED.

New York, NY
November 7, 2024

_____
JED S. RAKOFF, U.S.D.J.

1