UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>TEIMURAZ TAVBERIDZE,<br><br>Defendant. | 23-cr-585-03 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

In advance of trial, which is scheduled to begin on Monday, November 18, 2024 at 9:30 AM, the Court hereby orders the parties to appear on Friday, November 15, 2024 at 2 PM, to discuss any outstanding motions in limine, including defendant's as-applied constitutional challenge to the Touhy regulations.

SO ORDERED.

New York, NY
___11/7___, 2024

_____
JED S. RAKOFF, U.S.D.J.

1