UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - v. -

TEIMURAZ TAVBERIDZE,

    Defendant.

------------------------------------------------------------X

23 CR 585 (JSR)

[PROPOSED] ORDER

TO:  Warden, Metropolitan Detention Center, MDC Brooklyn

RE:  Teimburaz Tavberidze, Fed. Reg. No. 86804-510

    Upon the application of Jill R. Shellow, an attorney for Teimburaz Tavberidze, the above referenced defendant/inmate, the MDC is hereby ORDERED to accept from Ms. Shellow or other members of the defense team working under Ms. Shellow's direction, the clothing itemized below, to permit Mr. Tavberidze to wear this clothing during his trial, which will begin on **Monday, November 18, 2024 at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007**, and to permit Ms. Shellow, or other members of the defense team working under her direction, to substitute clean clothing once per week for every week that the trial continues.

    1 pair pants
    1 sport coat or suit jacket
    1 belt
    1 necktie
    1 sweater
    3 dress shirts
    3 pair socks
    1 pair dress shoes

Dated:  New York, New York
         November 7, 2024

SO ORDERED: _____
                 HON. JED S. RAKOFF
                 UNITED STATES DISTRICT JUDGE